AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
04/10/2017
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:17-M -01384(1) - MAT |
|  | § |
| (1) RUTILO URIOSTEGUI-MOJICA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 08, 2017** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title    **8**    United States Code, Section(s)    **1326**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Rutilo URIOSTEGUI-Mojica, an alien to the United States and a citizen of Mexico, was found in the United States on April 8, 2017, near Tornillo, Texas, in the Western District of Texas. From statements made by the DEFENDANT to

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Burton, Matthew
Border Patrol Agent

04/10/2017                                at   EL PASO, Texas
File Date                                      City and State

MIGUEL A. TORRES
U.S. MAGISTRATE JUDGE                          Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:17-M -01384(1)

WESTERN DISTRICT OF TEXAS

(1) RUTILO URIOSTEGUI-MOJICA

FACTS (CONTINUED)

the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on April 5, 2017, through the Del Rio, Texas, International Bridge. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

On April 8, 2017, at approximately 10:35 p.m., Border Patrol Agent James Jeziorski observed footprints going north from the Rio Grande River, approximately .5 miles east of the Tornillo, Texas Port of Entry in El Paso County, Texas. Agent Michael Rangel and Agent Jose Rodriguez followed the footprints through a cotton field and encountered five individuals attempting to conceal themselves in the field. Agents Rangel and Rodriguez identified themselves as Border Patrol agents, and Agent Rangel then questioned the five individuals as to their citizenship. The individuals, to include the DEFENDANT Rutilo URIOSTEGUI-Mojica, claimed to be citizens of Mexico without immigration documents allowing them to enter or remain legally in the United States. The five individuals, to include the DEFENDANT, admitted to having crossed illegally shortly before their apprehension. All five individuals, to include the DEFENDANT, were placed under arrest and transported to the Clint, Texas Border Patrol Station. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing his fingerprints and photo. The system identified the DEFENDANT and revealed prior immigration history and positive criminal history. The DEFENDANT was read his rights as per Form I-214 in the Spanish language, which he acknowledged that he understood by signing the form. The DEFENDANT provided a sworn statement without an attorney present and admitted to having been previously deported from the United States. Further immigration records checks revealed that the DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed one time to MEXICO on April 5, 2017, through DEL RIO, TEXAS. The DEFENDANT was granted a voluntary return to MEXICO on or about March 31, 2014, through HIDALGO, TEXAS.

CRIMINAL HISTORY:
On November 15, 2015, in Garland, TX, the DEFENDANT was charged with Liquor Violation Class C(M), but the disposition is unknown. On January 9, 2016, in Garland, TX, the DEFENDANT was charged with Liquor Violation Class C(M), but the disposition is unknown. On August 19, 2016, in Garland, TX, the DEFENDANT was Convicted of Poss CS PG 1&lt;1G(F) and sentenced to 2 Years Probation.